I Edward Szponar have bad Health because of the type of work I have done my health is now poor I have not recived any compansation for unemployment or discrimation. I am unemployed at the time, friends sometime help me for food and shelter. I was exposed to asbestose and other chemicals I am now going to ~~tReatment~~ ant Boston Medical Center. at BMC. I Am seeing Dr. Kathleen Crowley for Breathing, High Blood pressure and other things.

Thank you

Edward Szponar