UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EDWARD SZPONAR,
    Plaintiff

CIVIL ACTION NO. 05-10094-DPW

v.

AMERICAN HOIST AND
CRANE CORPORATION
    Defendants

## CONDITIONAL ORDER OF DISMISSAL

WOODLOCK, District Judge

   The complaint in the above-entitled action was filed on JANUARY 11, 2005.  As of this date there has been no return to the Court of proof of service of the summons and complaint on the defendants.

    Therefore, it is hereby ORDERED pursuant to Rule 4(m) of the Federal Rules of Civil Procedure that the above-entitled action be dismissed without prejudice in twenty (20) days from the date of this Order unless proof of service is filed or good cause shown why service has not been made.

BY THE COURT,

/s/ Michelle Rynne
    Deputy Clerk

DATED: May 11, 2005