```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS


EDWARD SZPONAR,
     Plaintiff,

v.                                          C.A. No. 05-10094-DPW

AMERICAN HOIST & CRANE,
     Defendant.
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's MEMORANDUM AND ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FILING FEE AND ORDER TO SHOW CAUSE issued on June 10, 2005, and the plaintiff's failure to comply with such Order, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED pursuant to 28 U.S.C. 1915(d).

```
                                    BY THE COURT,

                                    /s/ Michelle Rynne
                                    Deputy Clerk
```

DATED: September 6, 2005